

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
Edward.kirk@clydeco.us

April 15, 2015

**By FedEx and ECF**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    *Federal Home Loan Mortgage Corporation v. Certain Underwriters at Lloyd's, London, et al.,* Case No. 14-cv-10153 (WHP)

Dear Judge Pauley:

On behalf of Defendants Certain Underwriters at Lloyd's, London, RLI Insurance Company, AXIS Surplus Insurance Company, Arch Specialty Insurance Company, Continental Insurance Company, St. Paul Surplus Lines Insurance Company, and Aspen Insurance UK Limited (the "Insurers"), we write to advise that the Insurers will not file a motion to bifurcate the plaintiff's request for attorneys' fees and costs under Virginia Code § 38.2-209 from its breach of contract claim and stay discovery on the issue of bad faith at this time, but they reserve the right to file a motion to bifurcate later in the case.

Very truly yours,

Edward J. Kirk
Clyde & Co US LLP

Cc:    [All counsel of record]