

**Paul E. Breene**
Direct Phone: +1 212 205 6023
Email: pbreene@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 12, 2016

**Via U.S. First Class Mail**

Judge William H. Pauley, III
United States Courthouse
500 Pearl St
New York, NY 10007-1312

**Re: Federal Home Loan Mortgage Corporation v. Certain Underwriters at Lloyd's, London, et al., 1:14-cv-10153 (WHP)**

Dear Judge Pauley:

Matthew Schlesinger has changed firms, but continues to be counsel of record for Federal Home Loan Mortgage Corporation in the above-captioned case. Accordingly, I respectfully request entry of an order directing the Clerk to remove the appearance of Reed Smith attorneys Julie Levine Hammerman, Paul E. Breene, and Scott Lee Walker from the docket.

Thank you for your consideration.

Respectfully submitted,

*/s/ Paul E. Breene/*

Paul E. Breene

PEB:dr

cc:   Julia Levine Hammerman (*via ECF*)
      Scott Lee Walker (*via ECF*)
      Matthew Schlesinger (*via ECF*)
      Edward J. Kirk (*Lead Counsel for Certain Underwriters at Lloyd's, London, RLI Insurance Company, Axis Surplus Insurance Company, Arch Specialty Insurance Company, Continental Insurance Company, St. Paul Surplus Lines Insurance Company, and Aspen Insurance UK Limited) (via ECF*)
      Martin J. Flannery, Jr. (*Lead Counsel for Berkley Regional Insurance Company) (via ECF*)
      Arshia Hourizadeh (*Lead Counsel for U.S. Specialty Insurance Company) (via ECF*)
      James Robert MacAneney (*Lead Counsel for National Union Fire Insurance Company of Pittsburgh, PA) (via ECF*)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ NORTHERN VIRGINIA
PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-125171905.1-JNPRISCO 01/12/2016 1:13 PM